UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DARYL WHEELWRIGHT,<br><br>Petitioner,<br><br>v.<br><br>C. WOFFORD,<br><br>Respondent. | No. 2:13-cv-0787 GGH P<br><br><br><br>ORDER |

On September 13, 2013, respondent filed and served its motion to dismiss. Petitioner has not filed an opposition; however, petitioner filed a notice of change of address on September 25, 2013.

Accordingly, IT IS ORDERED that:

1. Respondent is ordered to immediately re-serve petitioner with its motion to dismiss, filed September 13, 2013 at his current address of record, and file a proof of service within seven days of this order; and

2. Petitioner shall file an opposition within twenty-one (21) days after being served with the motion.

Dated: October 15, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Whee0787.re-srv

1