UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DARYL WHEELWRIGHT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>C. WOFFORD,<br><br>　　　　　Respondent. | No. 2:13-cv-0787 GGH P<br><br><br>ORDER TO SHOW CAUSE |

　　　　Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 13, 2013, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's September 13, 2013 motion to dismiss should not be granted.

Dated: January 21, 2014

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/whee0787.46hab

1