1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DION DARYL WHEELWRIGHT,                    No.  2:13-cv-0787 GGH P

11                  Petitioner,

12       v.                                     ORDER

13   C. WOFFORD,

14                  Respondent.

15

16          Petitioner did not file an opposition to respondent's motion to dismiss, but sent two

17   separate oppositions to the offices of the Attorney General, which were forwarded to the court by

18   respondent on February 21, 2014.  (ECF No. 22.)  Although the oppositions submitted to the

19   court were identical, their exhibits were for the most part different.  Accordingly, by order filed

20   March 4, 2014, petitioner was directed to file an opposition containing all of the exhibits he

21   wished to include.  Petitioner received an extension of time in which to file this opposition on

22   April 4, 2014; however, the deadline has passed and he has not filed said opposition.

23          Therefore, the court will consider the oppositions submitted by respondent and all of the

24   exhibits attached to both oppositions.  Petitioner is warned, however, that all future filings in this

25   case must be mailed directly to this court, and also served on the Attorney General.  Future

26   submissions which are only mailed to the Attorney General and not sent to this court for filing

27   will not be considered.  Service on the Attorney General alone is not sufficient, and the Attorney

28   General's Office has no duty to forward petitioner's submissions to this court for filing.

1

1    Accordingly, IT IS ORDERED that:

2    1.  The Clerk of the Court is directed to docket both Attachments 1 and 2 to docket

3    number 22 as petitioner's "opposition" to respondent's September 13, 2013 motion to dismiss.

4    2.  Respondent may file a reply within **fourteen** days of this order.  The motion will then

5    be taken under submission.

6    Dated: May 19, 2014

7    _/s/ Gregory G. Hollows_

8    UNITED STATES MAGISTRATE JUDGE

9

10   GGH:076/Whee0787.opp-exs

2